## WILSON v. THE STATE.

[No. 19,413.    Filed April 5, 1901.]

APPEAL AND ERROR. —*Moot Question.*—*Dismissal.*—The action of the court in refusing to admit defendant to bail will not be reviewed on appeal where, shortly after the overruling of his application, and pending the appeal, defendant was tried upon the indictment and acquitted.

From the Franklin Circuit Court.    *Appeal dismissed.*

*E. O'Hair, A. J. Ross* and *G. E. Mullin,* for appellant.

*W. L. Taylor,* Attorney-General, *C. C. Hadley, Merrill Moores, G. L. Gray* and *S. S. Harrell,* for State.

BAKER, J.—Appellant, while under indictment for murder, sought to be admitted to bail. This appeal questions the correctness of the court's ruling in denying his applica-

tion. The Attorney-General interposes a motion to dismiss on the ground that appellant, shortly after the overruling of his application, was tried upon the indictment and acquitted. That fact being admitted, it is apparent that nothing but a moot question is presented by the record. Such a question this court will not pass upon simply for the purpose of determining the liability for costs. *State* v. *Board,* etc., 153 Ind. 302; *Chicago,* etc., *Co.* v. *Lewis, ante,* 232.

Appeal dismissed.